No. 02–9847.  BERTOLO *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 02–9858.  CLARK *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–9860.  CONKLIN *v.* LEHMAN, SECRETARY, WASHINGTON DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 02–9864.  LOCKE *v.* NEW HAMPSHIRE.  Sup. Ct. N. H. Certiorari  denied.

No. 02–9875.  KING *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–9878.  ROBERTSON *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 02–9879.  ALEXANDER *v.* CAIN, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 02–9880.  PRUESS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–9883.  ROBERTS *v.* THOMPSON, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 4th Cir.  Certiorari denied.

No. 02–9884.  PRICE *v.* NEAL, SUPERINTENDENT, COLORADO STATE PENITENTIARY, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 02–9888.  LAWRENCE *v.* YOUNG, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 02–9902.  THIBEAUX *v.* TOBIAS ET AL.  C. A. 5th Cir. Certiorari denied.

No. 02–9904.  HYLAND *v.* GALAZA, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–9908.  FELTS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.